

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3575
apence@foley.com EMAIL

CLIENT/MATTER NUMBER
062530-0252

October 4, 2019

<u>Via ECF</u>

The Honorable Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

   Re: Brown v. Walmart, Inc.,
     <u>Case No. 2:19-cv-00569-JS-AKT</u>

Dear Judge Tomlinson:

  We represent Defendant Walmart, Inc. ("Walmart") in the above-referenced action, and we are submitting this letter jointly with counsel for Plaintiff Jasmine Brown ("Plaintiff") to request an adjournment of the upcoming status conference currently scheduled for October 16, 2019.  This adjournment is necessary because of scheduling conflicts.  The parties respectfully propose October 28 for rescheduling but understand that the Court may not be available that day.  The parties are also available on November 14 or 15. No previous request for an adjournment of this conference has been made by either party.  The parties thank the Court for its attention to this matter.

          Respectfully Submitted,

          */s/ Adam G. Pence*
          Adam G. Pence

cc: Spencer Sheehan
   Sheehan & Associates, P.C.
   *Counsel for Plaintiff* (via ECF)

| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | TALLAHASSEE |
|---|---|---|---|---|
| BRUSSELS | LOS ANGELES | NEW YORK | SAN FRANCISCO | TAMPA |
| CHICAGO | MADISON | ORLANDO | SHANGHAI | TOKYO |
| DETROIT | MIAMI | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |

4833-2694-6728.1