# EXHIBIT A

# EXCERPTS OF GC-MS REPORT RECEIVED MARCH 3 2020 OF PRODUCTS FLAVOR COMPONENTS

Table 3

Sheehan & Associates, P.C., Project #7594
Great Value Honey Graham Crackers (Production Code: IPB12149)
5.01 g, 5 ug Int. Std., 100C/30 Min. by Purge & Trap-Thermal Desorption-GC-MS

Data File = TSQA3724

| MS Scan # | Area Integration | Peak Assignment | Conc. PPB w/w |
|---|---|---|---|
| 626 | 317361 | acetol | 249.73 |
| 644 | 39735 | 2,3-pentanedione | 31.27 |
| 682 | 7396 | acetoin | 5.82 |
| 704 | 9418 | pyrazine | 7.41 |
| 722 | 424778 | 1,2-propylene glycol (PG) | 334.26 |
| 746 | 3324200 | toluene-d8 (internal standard) | 1000.00 |
| 792 | 184599 | hexanal | 145.26 |
| 830 | 64493 | methyl pyrazine | 50.75 |
| 844 | 7113 | furfural | 5.60 |
| 865 | 38240 | fufuryl alcohol | 30.09 |
| 881 | 5616 | hexyl alcohol | 4.42 |
| 908 | 3821 | 2-heptanone | 3.01 |
| 925 | 15521 | heptanal | 12.21 |
| 944 | 40389 | 2,6-dimethylpyrazine | 31.78 |
| 953 | 2914 | ethyl pyrazine | 2.29 |
| 962 | 1254 | 2,3-dimethylpyrazine | 0.99 |
| 978 | 121874 | alpha-pinene | 95.90 |
| 995 | 18642 | trans-2-heptenal | 14.67 |
| 1003 | 3477 | camphene or sabinene | 2.74 |
| 1016 | 26380 | benzaldehyde | 20.76 |
| 1024 | 4908 | 6-methyl-5-hepten-2-one | 3.86 |
| 1030 | 27097 | myrcene | 21.32 |
| 1036 | 109359 | beta-pinene + 2-pentylfuran | 86.06 |
| 1047 | 36055 | octanal | 28.37 |
| 1053 | 1653 | 2-ethyl-5-methylpyrazine | 1.30 |
| 1060 | 1071 | 2,4-heptadienal | 0.84 |
| 1081 | 34707 | cyclotene | 27.31 |
| 1090 | 339530 | limonene | 267.18 |
| 1095 | 13299 | cis-ocimene | 10.47 |
| 1109 | 18305 | benzene acetaldehyde | 14.40 |
| 1113 | 47643 | trans-2-octenal | 37.49 |
| 1120 | 11052 | gamma-terpinene | 8.70 |
| 1125 | 7713 | 3,5-octadien-2-one | 6.07 |
| 1136 | 4596 | acetophenone | 3.62 |
| 1152 | 62290 | ? + guaiacol + terpinolene + undecane | 49.02 |
| 1161 | 86329 | nonanal | 67.93 |
| 1224 | 28808 | trans-2-nonenal | 22.67 |
| 1249 | 31439 | 1-dodecene | 24.74 |
| 1257 | 115918 | n-dodecane | 91.22 |
| 1268 | 19893 | decanal | 15.65 |
| 1273 | 45742 | anethole | 35.99 |
| 1280 | 1270799 | naphthalene-d8 (internal standard) | 1000.00 |
| 1327 | 18869 | trans-2-decenal | 14.85 |
| 1331 | 18538 | gamma-octalactone | 14.59 |
| 1361 | 13700 | 2,4-decadienal | 10.78 |
| 1385 | 44029 | 2,4-decadienal | 34.65 |
| 1424 | 17375 | piperonal | 13.67 |
| 1430 | 10128 | gamma-nonalactone | 7.97 |
| 1440 | 46475 | 1-tetradecene | 36.57 |
| 1446 | 77516 | n-tetradecane | 61.00 |
| 1472 | 34946 | vanillin | 27.50 |
| 1496 | 11827 | geranyl acetone | 9.31 |
| 1533 | 17169 | ethyl vanillin | 13.51 |
| 1609 | 3645 | 1-hexadecene | 2.87 |
| 1614 | 6260 | n-hexadecane | 4.93 |
| | | **Total Semi-Volatile Flavor Compounds** (Flavor Compounds w/ Boiling Points > Toluene-d8) | **2125.36** |

Table 4

Sheehan & Associates, P.C., Project #7594
Great Value Honey Graham Crackers (Production Code: IPB12149)
5.02 g, 5 ug Int. Std., 100C/30 Min. by Purge & Trap-Thermal Desorption-GC-MS

Data File = TSQA3725

| MS Scan # | Area Integration | Peak Assignment | Conc. PPB w/w |
|---|---|---|---|
| 629 | 709890 | acetol | 108.91 |
| 645 | 104109 | 2,3-pentanedione | 15.97 |
| 685 | 16889 | acetoin | 2.59 |
| 705 | 23699 | pyrazine | 3.64 |
| 726 | 375449 | 1,2-propylene glycol (PG) | 57.60 |
| 749 | 7487840 | toluene-d8 (internal standard) | 1000.00 |
| 795 | 526462 | hexanal | 80.77 |
| 834 | 154904 | methyl pyrazine | 23.76 |
| 844 | 16288 | furfural | 2.50 |
| 869 | 96742 | fufuryl alcohol | 14.84 |
| 885 | 10168 | hexyl alcohol | 1.56 |
| 912 | 16437 | 2-heptanone | 2.52 |
| 929 | 39368 | heptanal | 6.04 |
| 949 | 109776 | 2,6-dimethylpyrazine | 16.84 |
| 958 | 6182 | ethyl pyrazine | 0.95 |
| 967 | 1960 | 2,3-dimethylpyrazine | 0.30 |
| 983 | 259885 | alpha-pinene | 39.87 |
| 1001 | 46112 | trans-2-heptenal | 7.07 |
| 1008 | 9066 | camphene or sabinene | 1.39 |
| 1021 | 76374 | benzaldehyde | 11.72 |
| 1030 | 15621 | 6-methyl-5-hepten-2-one | 2.40 |
| 1036 | 48665 | myrcene | 7.47 |
| 1042 | 225793 | beta-pinene + 2-pentylfuran | 34.64 |
| 1053 | 87544 | octanal | 13.43 |
| 1059 | 2010 | 2-ethyl-5-methylpyrazine | 0.31 |
| 1066 | 3208 | 2,4-heptadienal | 0.49 |
| 1088 | 52859 | cyclotene | 8.11 |
| 1096 | 726552 | limonene | 111.46 |
| 1102 | 20700 | cis-ocimene | 3.18 |
| 1116 | 37008 | benzene acetaldehyde | 5.68 |
| 1120 | 117194 | trans-2-octenal | 17.98 |
| 1127 | 28813 | gamma-terpinene | 4.42 |
| 1131 | 24391 | 3,5-octadien-2-one | 3.74 |
| 1143 | 13558 | acetophenone | 2.08 |
| 1159 | 161564 | ? + guaiacol + terpinolene + undecane | 24.79 |
| 1168 | 289714 | nonanal | 44.45 |
| 1232 | 128853 | trans-2-nonenal | 19.77 |
| 1257 | 80912 | 1-dodecene | 12.41 |
| 1265 | 299980 | n-dodecane | 46.02 |
| 1276 | 58929 | decanal | 9.04 |
| 1281 | 108582 | anethole | 16.66 |
| 1289 | 6518277 | naphthalene-d8 (internal standard) | 1000.00 |
| 1335 | 40424 | trans-2-decenal | 6.20 |
| 1339 | 40470 | gamma-octalactone | 6.21 |
| 1370 | 38023 | 2,4-decadienal | 5.83 |
| 1394 | 116982 | 2,4-decadienal | 17.95 |
| 1433 | 64352 | piperonal | 9.87 |
| 1439 | 23825 | gamma-nonalactone | 3.66 |
| 1449 | 128539 | 1-tetradecene | 19.72 |
| 1456 | 215017 | n-tetradecane | 32.99 |
| 1483 | 178864 | vanillin | 27.44 |
| 1524 | 30529 | geranyl acetone | 4.68 |
| 1542 | 84201 | ethyl vanillin | 12.92 |
| 1619 | 13450 | 1-hexadecene | 2.06 |
| 1624 | 19638 | n-hexadecane | 3.01 |
| | | **Total Semi-Volatile Flavor Compounds** (Flavor Compounds w/ Boiling Points > Toluene-d8) | **939.90** |

C:\Xcalibur\data\TSQA3724     1/15/2020 3:50:18 PM



TSQA3724
Type: Unknown ID: 1 Row: 1
Sample Name:           Great Value Honey Graham Crackers (Production Code: IPB12149), 5.01g, 5ug IS, 100C, 30min. by P&T-TD-GC-MS
Study:
Client:                Sheehan & Associates, P.C., LLN7594
Laboratory:            Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:     C:\Xcalibur\methods\voc45.meth
Processing Method:
Vial:                  1
Injection Volume (µl): 10.00
Sample Weight:         0.00
Sample Volume (µl):    0.00
ISTD Amount:           0.00
Dil Factor:            1.00

C:\Xcalibur\data\TSQA3725    1/15/2020 4:52:49 PM



TSQA3725
Type: Unknown  ID: 1  Row: 1
Sample Name:            Great Value Honey Graham Crackers (Production Code:
                        IPB12149), 5.02g, 5ug IS, 100C, 30min. by P&T-TD-GC-MS
Study:
Client:                 Sheehan & Associates, P.C., LLN7594
Laboratory:             Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:      C:\Xcalibur\methods\voc45.meth
Processing Method:
Vial:                       1
Injection Volume (µl):     10.00
Sample Weight:              0.00
Sample Volume (µl):         0.00
ISTD Amount:                0.00
Dil Factor:                 1.00